IH-32                                                                    Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

Accardo et al.

| Plaintiff | Case Number |
|---|---|
| vs. | 18-cv-11314 |
| Kingdom of Saudi Arabia | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

In re Terrorist Attacks of September 11, 2001

| Plaintiff | Case Number |
|---|---|
| vs. | 03 MDL 1570 (GBD) (SN) |
| Defendant | |

IH-32                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

✓ Open    (If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed action is a civil case for clients who are asserting the factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against The Kingdom of Saudi Arabia, as set forth in the complaint in Ashton v. Kingdom of Saudi Arabia (No. 17-cv-2003 (GBD)(SN), ECF No.1), which is part of the multi-district litigation docket number 03 MDL 1570.

According to the July 10, 2018 Order of Magistrate Judge Netburn (03 MDL 1570, ECF No. 4045), this newly filed action is to be related to the 03 MDL 1570 action.

Signature: _____    Date: 12/04/2018

Firm: Kreindler & Kreindler LLP, 750 Third Ave
New York, NY 10017